Appeal No.   2019AP1200

Cir. Ct. No.  1991FA915107

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT I

IN RE THE MARRIAGE OF:

KATHY SCHWAB, N/K/A SIECH,

PETITIONER-RESPONDENT,

FILED

June 1, 2020

V.

Sheila T. Reiff
Clerk of Court of Appeals

PAUL SCHWAB,

RESPONDENT-APPELLANT.

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI 53701-1688

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI  54401

Jenny Andrews, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Hon. Michael J. Dwyer
901 N. 9th St.
Milwaukee, WI 53233

John Barrett
901 N. 9th Street, G-8
Milwaukee, WI 53233

Colin A. Drayton
Burbach & Stansbury S.C.
10850 West Park Place, Suite 530
Milwaukee, WI 53224

Andrew John Laufers
Cordell Law LLP
7701 France Ave. S. Ste. 375
Edina, MN 55435-3203

Laura A. Stack
Cordell Law LLP
111 E. Kilbourn Ave., Ste. 1650
Milwaukee, WI 53202-6662

Carlton D. Stansbury
Burbach & Stansbury S.C.
10850 W. Park Place, Ste. 530
Milwaukee, WI 53224

PLEASE TAKE NOTICE that corrections were made to paragraphs 6, 10, 12, and 18, and paragraph numbering was changed from paragraphs 6-23 in the above-captioned opinion which was released on May 5, 2020. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.